Michael J. McCue
Nevada Bar No. 0488
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
T: 702-949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Defendant Max-Trac Tire Co., Inc.*
*dba Mickey Thompson Tires & Wheels*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ATTURO TIRE CORP., | Case No. 2:19-cv-00198-JCM-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, | **(FIRST REQUEST)** |
| Defendant. | |

Plaintiff Atturo Tire Corp. and Defendant Max-Trac Tire Co., Inc., hereby stipulate to extend the time for Defendant to answer the Complaint.

Plaintiff filed the Complaint on February 1, 2019. Defendant was served with the summons and Complaint on February 4, 2019. Defendant's current deadline to respond to the Complaint is February 25, 2019. Defendant requested an extension of time to answer the Complaint (because of prior commitments of Defendant's counsel and the time spent by Defendant's counsel in responding to Plaintiff's Motion for Preliminary Injunction). Plaintiff has consented to extend the time for Defendant to answer but not to file a dispositive motion.

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate that Defendant shall have up to and including March 7, 2019, to file an answer to the Complaint, but not a dispositive motion.

///

**IT IS SO STIPULATED.**

DATED this 25th day of February, 2019.        DATED this 25th day of February, 2019.

**GARMAN TURNER GORDON**                      **LEWIS ROCA
                                              ROTHGERBER CHRISTIE LLP**


By:  /s/ Eric R. Olsen                        By:  /s/ Michael J. McCue
Eric R. Olsen                                 Michael J. McCue (SBN: 6055)
650 White Drive, Suite 100                    Meng Zhong (SBN: 12145)
Las Vegas, NV  89119                          3993 Howard Hughes Pkwy, Suite 600
eolsen@gtg.legal                              Las Vegas, NV 89169
                                              Telephone: (702) 949-8200
Brian C. Bianco                               E-mail: mmccue@lrrc.com
Stacy A. Baim                                 E-mail: mzhong@lrrc.com
Julia R. Lissner
AKERMAN LLP                                   *Attorneys for Defendant Max-Trac Tire Co.,*
71 South Wacker Drive, 46th Floor             *Inc. dba Mickey Thompson Tires & Wheels*
Chicago, IL  60606
Brian.bianco@akerman.com
Stacy.baim@akerman.com
Julia.lissner@akerman.com

*Attorneys for Plaintiff Atturo Tire Corp.*

## ORDER

**IT IS SO ORDERED.**

United States Magistrate Judge

DATED _____2-26-2019_____

106956192_1