GARMAN TURNER GORDON LLP
Eric R. Olsen, Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone:    (725) 777-3000
Facsimile:    (725) 777-3112
Email:            eolsen@gtg.legal

*Attorneys for Plaintiff*
*Atturo Tire Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ATTURO TIRE CORP., | Case No. 2:19-cv-00198-JCM-VCF |
| Plaintiff, | **STIPULATION TO EXTEND SCHEDULING ORDER DEADLINE TO AMEND PLEADINGS & ADD PARTIES TO SEPTEMBER 23, 2019** |
| v. | |
| MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, | |
| Defendant. | |

Pursuant to Paragraph B.(E). of the *Stipulated Discovery Plan* (ECF No. 29), as well as Local Rule 26-4, Plaintiff Atturo Tire Corp. ("Plaintiff") and Defendant Max-Trac Tire Co., Inc. d/b/a Mickey Thompson Tires & Wheels ("Defendant") hereby stipulate to an extension of the following deadline in the *Scheduling Order* (ECF No. 36):

| **Deadline** | **Current Date** | **Stipulated Revised Date** |
|---|---|---|
| Amend Pleadings & Add Parties | August 22, 2019 | September 23, 2019 |

In support of this Stipulation, the parties state as follows:

1.    On April 2, 2019 and April 3, 2019, respectively, Plaintiff served the *First Set Of Requests For Production To Defendant* and the *First Set Of Interrogatories To Defendant*. Pursuant to Local Rules IA 1-3(f) and 26-7, counsel for the parties have been working to resolve

issues relating to Defendant's June 3, 2019 responses to those requests. These efforts include exchanging various discovery communications on June 11, 2019, June 28, 2019, July 8, 2019, July 12, 2019, July 15, 2019, July 16, 2019, and July 26, 2019, as well as participating in a telephone conference on July 10, 2019. Plaintiff's counsel also served second sets of document requests and interrogatories to Defendant on July 26, 2019 and third party document subpoenas on July 19, 2019 and July 26, 2019.

2. On June 11, 2019, Defendant served its first sets of document requests and interrogatories to Plaintiff. Pursuant to Local Rules IA 1-3(f) and 26-7, counsel for the parties have been working to resolve issues relating to Plaintiff's July 11, 2019 responses to those requests. These efforts include exchanging discovery communications on July 18, 2019 and July 25, 2019 and planning to schedule an upcoming telephone conference.

3. In light of these ongoing efforts, the parties hereby enter into this Stipulation to extend the upcoming August 22, 2019 deadline to amend the pleadings and add parties to September 23, 2019. In so stipulating, Defendant does not concede, admit or agree that there is any basis to add additional parties or claims, and is stipulating in the interest of compromise to avoid the expenditure of the parties' and courts' resources.

[SIGNATURES ON NEXT PAGE]

Jointly and respectfully submitted this 1st day of August 2019.

/s/     Eric R. Olsen
Eric R. Olsen, Nevada Bar No. 3127
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone:   (725) 777-3000
Facsimile:   (725) 777-3112
eolsen@gtg.legal

Brian C. Bianco (admitted *pro hac vice*)
Stacy A. Baim (admitted *pro hac vice*)
Julia R. Lissner (admitted *pro hac vice*)
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, Illinois 60606
Telephone:   (312) 634-5700
Facsimile:   (312) 424-1905
brian.bianco@akerman.com
stacy.baim@akerman.com
julia.lissner@akerman.com

*Attorneys for Plaintiff Atturo Tire Corp.*

/s/     Meng Zhong
Michael J. McCue, Nevada Bar No. 6055
Meng Zhong, Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, Nevada 89169
Telephone:   (702) 949-8200
Facsimile:   (702) 949-8398
mccue@lrrc.com
mzhong@lrrc.com

*Attorneys for Defendant Max-Trac Tire Co.,*
*d/b/a Mickey Thompson Tires & Wheels*

Pursuant to the foregoing, **IT IS SO ORDERED.**

**DATED** this 1st day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system on August 1, 2019.

/s/ Eric R. Olsen
Eric R. Olsen, Nevada Bar No. 3127
GARMAN TURNER GORDON LLP
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone:     (725) 777-3000
Facsimile:     (725) 777-3112
eolsen@gtg.legal