GARMAN TURNER GORDON LLP
Eric R. Olsen, Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: eolsen@gtg.legal

*Attorneys for Plaintiff*
*Atturo Tire Corp.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ATTURO TIRE CORP., <br><br> Plaintiff, <br><br> v. <br><br> MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, <br><br> Defendant. | Case No. 2:19-cv-00198-JCM-VCF <br><br> **STIPULATION TO 30-DAY EXTENSION OF DEADLINE TO AMEND PLEADINGS & ADD PARTIES** <br> **(Second Request)** |

Pursuant to Paragraph B.(E). of the *Stipulated Discovery Plan* (ECF No. 29), as well as Local Rule 26-4, Plaintiff Atturo Tire Corp. ("Plaintiff") and Defendant Max-Trac Tire Co., Inc. d/b/a Mickey Thompson Tires & Wheels ("Defendant") hereby stipulate to a 30-day extension of the following scheduling deadline:

| **Deadline** | **Current Date** | **Stipulated Revised Date** |
|---|---|---|
| Amend Pleadings & Add Parties | September 23, 2019 <br><br> (ECF No. 38) | October 23, 2019 |

In support of this Stipulation, the parties state as follows:

1. On April 2, 2019 and April 3, 2019, respectively, Plaintiff served the *First Set Of Requests For Production To Defendant* and the *First Set Of Interrogatories To Defendant*.

Pursuant to Local Rules IA 1-3(f) and 26-7, counsel for the parties have been working to resolve issues relating to Defendant's June 3, 2019 responses to those requests. These efforts include exchanging various discovery communications on June 11, 2019, June 28, 2019, July 8, 2019, July 12, 2019, July 15, 2019, July 16, 2019, July 26, 2019, August 9, 2019, August 12, 2019, August 16, 2019, August 21, 2019, and August 23, 2019. The parties' counsel also participated in telephone conferences on July 10, 2019 and August 8, 2019 and have scheduled a third conference for September 3, 2019.

2. In addition, counsel have been working to resolve issues relating to Defendant's August 26, 2019 responses to Plaintiff's second sets of document requests and interrogatories, as well as the August 8, 2019 responses of Defendant's parent company to Plaintiff's document subpoena.

3. On June 11, 2019, Defendant served its first sets of document requests and interrogatories to Plaintiff. Pursuant to Local Rules IA 1-3(f) and 26-7, counsel for the parties have been working to resolve issues relating to Plaintiff's July 11, 2019 responses to those requests. These efforts include exchanging discovery communications on July 18, 2019, July 25, 2019 and August 7, 2019 and participating in a telephone conference on August 8, 2019.

4. In light of these efforts, the parties hereby enter into this Stipulation to extend the upcoming September 23, 2019 deadline to amend the pleadings and add parties to October 23, 2019. This is the parties' second stipulation to extend the deadline due to the ongoing discovery. *See* ECF No. 38. In so stipulating, Defendant does not concede, admit or agree that there is any basis to add additional parties or claims, and is stipulating in the interest of compromise to avoid the expenditure of the parties' and courts' resources.

[SIGNATURES ON NEXT PAGE]

Jointly and respectfully submitted this 30th day of August 2019.

| | |
|---|---|
| /s/ Brian C. Bianco | /s/ Meng Zhong |
| Eric R. Olsen, Nevada Bar No. 3127 | Michael J. McCue, Nevada Bar No. 6055 |
| GARMAN TURNER GORDON LLP | Meng Zhong, Nevada Bar No. 12145 |
| 650 White Drive, Suite 100 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| Las Vegas, Nevada 89119 | 3993 Howard Hughes Pkwy, Suite 600 |
| Telephone: (725) 777-3000 | Las Vegas, Nevada 89169 |
| Facsimile: (725) 777-3112 | Telephone: (702) 949-8200 |
| eolsen@gtg.legal | Facsimile: (702) 949-8398 |
| | mccue@lrrc.com |
| Brian C. Bianco (admitted *pro hac vice*) | mzhong@lrrc.com |
| Stacy A. Baim (admitted *pro hac vice*) | |
| Julia R. Lissner (admitted *pro hac vice*) | *Attorneys for Defendant Max-Trac Tire Co., d/b/a Mickey Thompson Tires & Wheels* |
| AKERMAN LLP | |
| 71 South Wacker Drive, 46th Floor | |
| Chicago, Illinois 60606 | |
| Telephone: (312) 634-5700 | |
| Facsimile: (312) 424-1905 | |
| brian.bianco@akerman.com | |
| stacy.baim@akerman.com | |
| julia.lissner@akerman.com | |

*Attorneys for Plaintiff Atturo Tire Corp.*

Pursuant to the foregoing, **IT IS SO ORDERED.**

**DATED** this ___ day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system on August 30, 2019.

/s/ Brian C. Bianco
Brian C. Bianco (admitted *pro hac vice*)
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, Illinois 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1905
brian.bianco@akerman.com