UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ATTURO TIRE CORP., | Case No. 2:19-CV-198 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| MAX-TRAC TIRE CO., INC., | |
| Defendant(s). | |

Presently before the court is the matter of *Atturo Tire Corp. v. Max-Trac Tire Co., Inc.*, case number 2:19-cv-00198-JCM-VCF.

On September 25, 2019, plaintiff Atturo Tire Corp. ("Atturo") and defendant Max-Trac Tire Co., Inc. ("Max-Trac") filed a joint motion requesting that the court stay all pretrial deadlines. (ECF No. 41).

The parties represent that they have reached a non-binding agreement as to certain "principal terms" that they believe could resolve this litigation, and that they are in continuing negotiations to memorialize a written settlement agreement. *Id*. In light of the upcoming October 23, 2019, deadline to amend the pleadings and add parties (ECF No. 40), the parties request that the court stay all pretrial deadlines to promote their efforts to settle this case.

Good cause appearing, the court will stay all pretrial deadlines. To ensure that this case continue to proceed in a timely manner, the parties are ordered to meet and confer and jointly file a proposed scheduling order by October 7, 2019.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Atturo and Max-Trac's joint motion to stay (ECF No. 41) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that the parties shall jointly file a proposed scheduling order by October 7, 2019. The scheduling order entered thereafter shall govern this case until final disposition.

DATED September 27, 2019.

_____
UNITED STATES DISTRICT JUDGE