# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ATTURO TIRE CORP., | |
| Plaintiff, | 2:19-cv-00198-JCM-VCF |
| vs. | **ORDER** |
| MAX-TRAC TIRE CO., INC. d/b/a , | |
| Defendants. | |

Before the court is the Motion to Extend Scheduling Order Deadlines by 90 Days (ECF No. 48).

Accordingly,

IT IS HEREBY ORDERED that the stipulated deadlines set by the October 7, 2019 Order (eCF NO. 43) are VACATED.

IT IS FURTHER ORDERED that a hearing on the Motion to Extend Scheduling Order Deadlines by 90 Days (ECF No. 48) is scheduled for 3:00 PM, February 11, 2020, in Courtroom 3D.

DATED this 30th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE