# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ATTURO TIRE CORP., <br><br> Plaintiff, <br><br> vs. <br><br> MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, <br><br> Defendants. | 2:19-cv-00198-JCM-VCF <br><br> **ORDER** |

Before the Court is Defendant's Request for Telephonic Appearance of Representative at Settlement Conference (ECF NO. 57).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's Request for Telephonic Appearance of Representative at Settlement Conference (ECF NO. 57) must be filed or before March 20, 2020.

DATED this 13th day of March, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE