GARMAN TURNER GORDON LLP
Eric R. Olsen, Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone:   (725) 777-3000
Facsimile:   (725) 777-3112
Email:        eolsen@gtg.legal

*Attorneys for Plaintiff
Atturo Tire Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ATTURO TIRE CORP., <br><br> Plaintiff, <br><br> v. <br><br> MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, <br><br> Defendant. | Case No. 2:19-cv-00198-JCM-VCF <br><br> **STIPULATION TO POSTPONE MARCH 30, 2020 SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE DUE TO COVID-19 STATE OF EMERGENCY** |

Plaintiff Atturo Tire Corp. and Defendant Max-Trac Tire Co., Inc. d/b/a Mickey Thompson Tires & Wheels (collectively, the "Parties") hereby stipulate to postpone their March 30, 2020 settlement conference with Magistrate Judge Cam Ferenbach due to the coronavirus (COVID-19) public health emergency in Nevada and other states where the Parties' counsel and client representatives are located. *See* ECF No. 56.

In support of this Stipulation, the Parties state as follows:

1.  On February 21, 2020, this Court granted the Parties' *Stipulation to Schedule Settlement Conference with Magistrate Judge* and set this case for an in-person settlement conference before Magistrate Judge Cam Ferenbach at 10 a.m. on Monday, March 30, 2020, with settlement conference statements to be delivered to chambers by 4 p.m. on March 23, 2020. *See* ECF No. 56.

2. The Court's Order directs that, for the duration of the settlement conference, "All principal counsel of record who will be participating in the trial and who have full authority to settle this case . . . must be present," along with each Party's "officer or representative with binding authority to settle this matter up to the full amount of the claim or most recent demand." *Id.*

3. Plaintiff had made arrangements for its lead counsel, Brian C. Bianco, and for its President, Michael Mathis, to appear for the settlement conference in person. Both are located in Illinois, where, like Nevada, the governor has declared a state of emergency due to COVID-19.

4. Defendant had made arrangements for Nicole Schwieterman to serve as its authorized representative and appear for the settlement conference in person. Ms. Schwieterman is located in Ohio, where the governor also has declared a state of emergency due to COVID-19.

5. In light of the recent, increasing threat of COVID-19, the Parties hereby stipulate to postpone the March 30, 2020 settlement conference, as well as the March 23, 2020 submission deadline of their position statements.

6. The Parties agree that it would be most productive to conduct this settlement conference in-person and, by April 24, 2020, will jointly propose three alternative dates to the Court.

7. In light of this Stipulation, Defendant withdraws as moot its March 13, 2020 motion requesting that its client representative appear telephonically at the March 30, 2020 settlement conference. *See* ECF No. 57.

[SIGNATURES ON NEXT PAGE]

Jointly and respectfully submitted this 13th day of March 2020.

| | |
|---|---|
| /s/ Brian C. Bianco | /s/ Meng Zhong |
| Eric R. Olsen, Nevada Bar No. 3127 | Michael J. McCue, Nevada Bar No. 6055 |
| GARMAN TURNER GORDON LLP | Meng Zhong, Nevada Bar No. 12145 |
| 650 White Drive, Suite 100 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| Las Vegas, Nevada 89119 | 3993 Howard Hughes Pkwy, Suite 600 |
| Telephone: (725) 777-3000 | Las Vegas, Nevada 89169 |
| Facsimile: (725) 777-3112 | Telephone: (702) 949-8200 |
| eolsen@gtg.legal | Facsimile: (702) 949-8398 |
| | mccue@lrrc.com |
| Brian C. Bianco (admitted *pro hac vice*) | mzhong@lrrc.com |
| Julia R. Lissner (admitted *pro hac vice*) | |
| AKERMAN LLP | *Attorneys for Defendant Max-Trac Tire Co., d/b/a Mickey Thompson Tires & Wheels* |
| 71 South Wacker Drive, 46th Floor | |
| Chicago, Illinois 60606 | |
| Telephone: (312) 634-5700 | |
| Facsimile: (312) 424-1905 | |
| brian.bianco@akerman.com | |
| julia.lissner@akerman.com | |

*Attorneys for Plaintiff Atturo Tire Corp.*

Pursuant to the foregoing, **IT IS SO ORDERED.**

**DATED** this 13th day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system on March 13, 2020.

/s/     Brian C. Bianco
Brian C. Bianco (admitted *pro hac vice*)
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, Illinois 60606
Telephone:     (312) 634-5700
Facsimile:      (312) 424-1905
brian.bianco@akerman.com