GARMAN TURNER GORDON LLP
Eric R. Olsen, Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone:  (725) 777-3000
Facsimile:  (725) 777-3112
Email:  eolsen@gtg.legal

*Attorneys for Plaintiff*
*Atturo Tire Corp.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ATTURO TIRE CORP., <br><br> Plaintiff, <br><br> v. <br><br> MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, <br><br> Defendant. | Case No. 2:19-cv-00198-JCM-VCF <br><br> **STIPULATION TO EXTEND DEADLINE TO PROPOSE DATES FOR SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE** |

Due to the uncertainty surrounding the ongoing COVID-19 pandemic, Plaintiff Atturo Tire Corp. and Defendant Max-Trac Tire Co., Inc. d/b/a Mickey Thompson Tires & Wheels (collectively, the "Parties") hereby stipulate to a 30-day extension of the upcoming April 24, 2020 deadline to jointly propose three possible dates on which to reschedule their postponed March 30, 2020 in-person settlement conference with Magistrate Judge Cam Ferenbach. *See* ECF No. 60. By ***May 26, 2020***, the parties will jointly propose three alternative dates to the Court.

In support of this Stipulation, the Parties state as follows:

1. On February 21, 2020, the Court granted the Parties' *Stipulation to Schedule Settlement Conference with Magistrate Judge* and set this case for an in-person settlement conference before Magistrate Judge Cam Ferenbach at 10 a.m. on Monday, March 30, 2020, with

1 | settlement conference statements to be delivered to chambers by 4 p.m. on March 23, 2020. *See*
2 | ECF No. 56.
3 |     2.    On March 13, 2020, the Court granted the Parties' *Stipulation to Postpone March 30, 2020 Settlement Conference with Magistrate Judge due to COVID-19 State of Emergency*. *See* ECF No. 60. The Court also postponed the March 23, 2020 submission deadline for the Parties' position statements and granted the Parties until April 24, 2020 to jointly propose three alternative dates on which to conduct the in-person settlement conference. *See id.*
    3.    In light of the continued uncertainty surrounding the ongoing COVID-19 pandemic, the Parties hereby stipulate to a 30-day extension of the upcoming April 24, 2020 deadline to jointly propose three possible dates on which to reschedule their settlement conference with Magistrate Judge Cam Ferenbach. *See id.* By **May 26, 2020**, the parties will jointly propose three alternative dates to the Court.

[SIGNATURES ON NEXT PAGE]

Jointly and respectfully submitted this 22nd day of April 2020.

/s/      Brian C. Bianco                                    /s/      Meng Zhong                          
Eric R. Olsen, Nevada Bar No. 3127                          Michael J. McCue, Nevada Bar No. 6055
GARMAN TURNER GORDON LLP                                    Meng Zhong, Nevada Bar No. 12145
650 White Drive, Suite 100                                  LEWIS ROCA ROTHGERBER CHRISTIE LLP
Las Vegas, Nevada 89119                                     3993 Howard Hughes Pkwy, Suite 600
Telephone:   (725) 777-3000                                 Las Vegas, Nevada 89169
Facsimile:   (725) 777-3112                                 Telephone:   (702) 949-8200
eolsen@gtg.legal                                            Facsimile:   (702) 949-8398
                                                            mccue@lrrc.com
Brian C. Bianco (admitted *pro hac vice*)                   mzhong@lrrc.com
Julia R. Lissner (admitted *pro hac vice*)
AKERMAN LLP                                                 *Attorneys for Defendant Max-Trac Tire*
71 South Wacker Drive, 46th Floor                           *Co. d/b/a Mickey Thompson Tires &*
Chicago, Illinois 60606                                     *Wheels*
Telephone:   (312) 634-5700
Facsimile:   (312) 424-1905
brian.bianco@akerman.com
julia.lissner@akerman.com

*Attorneys for Plaintiff Atturo Tire Corp.*


Pursuant to the foregoing, **IT IS SO ORDERED.**

**DATED** this 24th day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system on April 22, 2020.

/s/     Brian C. Bianco
Brian C. Bianco (admitted *pro hac vice*)
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, Illinois 60606
Telephone:    (312) 634-5700
Facsimile:    (312) 424-1905
brian.bianco@akerman.com