GARMAN TURNER GORDON
Eric R. Olsen, Nevada Bar No. 3127
650 White Drive, Suite 100
Las Vegas, Nevada 89119
Telephone: (725) 777-3000
Facsimile: (725) 777-3112
Email: eolsen@gtg.legal

*Attorneys for Plaintiff*
*Atturo Tire Corp.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ATTURO TIRE CORP., | Case No. 2:19-cv-00198-JCM-VCF |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| MAX-TRAC TIRE CO., INC. d/b/a MICKEY THOMPSON TIRES & WHEELS, | |
| Defendant. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Atturo Tire Corp. and Defendant Max-Trac Tire Co., Inc. d/b/a Mickey Thompson Tires & Wheels that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and pursuant to the parties' Confidential Settlement and Coexistence Agreement and Release dated July 27, 2020 (the "Agreement"), incorporated by reference. Pursuant to the Agreement, this Court shall retain jurisdiction to enforce the Agreement.

[SIGNATURES ON NEXT PAGE]

Jointly and respectfully submitted this 5th day of August 2020.

| | |
|---|---|
| /s/    Brian C. Bianco   <br>Eric R. Olsen, Nevada Bar No. 3127<br>GARMAN TURNER GORDON LLP<br>650 White Drive, Suite 100<br>Las Vegas, Nevada 89119<br>Telephone:   (725) 777-3000<br>Facsimile:    (725) 777-3112<br>eolsen@gtg.legal<br><br>Brian C. Bianco (admitted *pro hac vice*)<br>Julia R. Lissner (admitted *pro hac vice*)<br>AKERMAN LLP<br>71 South Wacker Drive, 46th Floor<br>Chicago, Illinois 60606<br>Telephone:   (312) 634-5700<br>Facsimile:    (312) 424-1905<br>brian.bianco@akerman.com<br>julia.lissner@akerman.com<br><br>*Attorneys for Plaintiff Atturo Tire Corp.* | /s/    Meng Zhong   <br>Michael J. McCue, Nevada Bar No. 6055<br>Meng Zhong, Nevada Bar No. 12145<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone:   (702) 949-8200<br>Facsimile:    (702) 949-8398<br>mccue@lrrc.com<br>mzhong@lrrc.com<br><br>*Attorneys for Defendant Max-Trac Tire Co.,*<br>*d/b/a Mickey Thompson Tires & Wheels* |

Pursuant to the foregoing, **IT IS SO ORDERED.**

**DATED** August 5, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon all counsel of record via the Court's CM/ECF system on August 5, 2020.

/s/ Brian C. Bianco
Brian C. Bianco (admitted *pro hac vice*)
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, Illinois 60606
Telephone:    (312) 634-5700
Facsimile:    (312) 424-1905
brian.bianco@akerman.com